Neal F. Morrow, III (SBN 295497)
Joseph D. Steward, III (SBN 337385)
**MFS Legal Inc.**
5318 East 2nd Street #490
Long Beach, CA 90803
Telephone: (562) 307-8055
lawclerk@calemonlawteam.com
eservice@calemonlawteam.com

Attorneys for Plaintiff
NOLBERTO RIVERA RAMOS

Kate S. Lehrman (SBN 123050)
Daniel R. Villegas (SBN 159935)
Derrick I. Yong (SBN 336593)
**Lehrman, Villegas, Chinery & Douglas, LLP**
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025
Telephone: (310) 917-4500
FAX: (310) 917-5677

Attorneys for Defendant
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLBERTO RIVERA RAMOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01516-ADA-SKO<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>(Doc. 16) |

{551.133.DRV - 00818420.DOCX}           1           `1:22-cv-01516-ADA-SKO
**ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**

In light of the parties' Joint Stipulation to Continue Scheduling Conference and Related Deadlines (Doc. 16), and for good cause shown, the Court hereby CONTINUES the Initial Scheduling Conference to **September 28, 2023, at 9:45 a.m.** before Magistrate Judge Sheila K. Oberto.  The parties are ORDERED to file their joint scheduling report seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 23, 2023**                               /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE

{551.133.DRV - 00818420.DOCX}                          2                            `1:22-cv-01516-ADA-SKO
**ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**